**Order entered April 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01151-CV

**AXCESS INTERNATIONAL, INC., Appellant**

**V.**

**BAKER BOTTS, L.L.P., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-01301-E**

## ORDER

The parties have informed the Court that certain video deposition testimony offered at trial was omitted from the reporter's record and have filed the attached joint stipulation containing that testimony. Pursuant to Texas Rule of Appellate Procedure 34.6(d), we **ORDER** Vikki L. Ogden, Official Court Reporter for County Court at Law No. 5, to file, within ten days of the date of this order, a supplemental reporter's record containing the missing testimony as reflected in the stipulation. *See* TEX. R. APP. P. 34.6(d).

/s/ CRAIG STODDART
  JUSTICE